## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| **Rogelio Garcia Valdez** and **Marbella Gomez** *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>**Signature Landscape, LLC**<br>(Kansas Limited Liability Corporation)<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.: 2:22-cv-2276-TC-ADM |

### PLAINTIFFS' MOTION TO EXTEND TIME
### TO FILE MOTION FOR RECONSIDERATION

COME NOW the Plaintiffs, on behalf of themselves and others similarly situated, and pursuant to Local Rule 7.3, seek an order permitting Plaintiffs more than fourteen days from the Court's April 28, 2026 order (Doc. 238) to file a motion for reconsideration.

The Court's order granted Rule 23 class certification on behalf of Defendant's landscape laborers who worked overtime in the state of Missouri under Missouri's Minimum Wage Laws (MMWL). In working with the Defendant regarding the contents of the proposed class notice to these Rule 23 class members, the Defendant stated that this notice should only be sent to laborers who worked in this position three-years from the filing of Doc. 217 (Plaintiffs' Motion for Class Certification filed on May 20, 2025). It based this position on the following language from the Court's order:

> The class period extends three years prior to the filing of Doc. 217. Valdez is appointed as class representative. Brendan Donelon (Donelon, P.C.) and Ashley Atwell-Soler (Holman Schiavone LLC) are appointed as class counsel pursuant to Rule 23(g). Class notice shall issue in accordance with Rule 23(c)(2)(B). The parties shall meet and confer and submit a proposed notice plan within twenty-one (21) days of this Memorandum and Order.

(Doc. 246 at 47).

Supreme Court precedent requires the MMWL's three-year statute to be tolled as of the filing of that *class claim* (Doc. 9, First Amended Complaint filed on August 19, 2022) *not* the filing of the *motion for class certification*. *See McClelland v. Deluxe Financial Services, Inc.*, 431 Fed.Appx. 718, 722 (10th Cir. 2011) (quoting *Am. Pipe & Const. Co. v. Utah,* 414 U.S. 538, 554, 94 S.Ct. 756, 38 L.Ed.2d 713 (1974) ("As the district court noted, the Supreme Court has long held 'that the *commencement* of a class action *suspends* the applicable statute of limitations as to all asserted members of the class who would have been parties had the suit been permitted to continue as a class action.' ")). This First Amended Complaint sought a class of employees three years from the date of the Complaint's filing asserting this MMWL Rule 23 claim. (Doc. 9 at ¶ 50). As it stands, the existing order contradicts the Supreme Court's holding and denies almost three years of wages owed. This requested extension of time to file a motion for reconsideration is necessary to "correct clear error or prevent manifest injustice" to the Plaintiffs. *Team Logistics, Inc. v. OrderPro Logistics, Inc.*, 2005 WL 8160861, at *2 (D.Kan. July 26, 2005) (citation omitted). Of course, the Court is also free to correct this error on its own without the need of filing a Motion for Reconsideration. *See Westar Energy, Inc. v. Lake*, 502 F.Supp.2d

1191, 1194 (D.Kan. Aug. 22, 2007) ("The court may, *sua sponte* or on motion, correct clear errors of fact or law in an interlocutory order.").

Defendant has been contacted and it opposes this motion.

WHEREFORE, the Plaintiffs respectfully request that this Court allow them to file a Moton for Reconsideration outside of the fourteen-day time limit set forth in Local Rule 7.3.

Respectfully Submitted,

*/s/ Brendan J. Donelon*                          Ashley Atwell-Soler, KS 24047
Brendan J. Donelon, KS 17420          **Holman Schiavone, LLC**
**Donelon, P.C.**                                       4600 Madison Ave., Suite 810
4600 Madison, Ste. 810                       Kansas City, MO 64112
Kansas City, Missouri 64112             Tel: (816) 447-3006
Tel:    (816) 221-7100                            Fax: (816) 283-8739
Fax:    (816) 709-1044                           AAtwell@hslawllc.com
brendan@donelonpc.com


**ATTORNEYS FOR PLAINTIFFS**

3

**Certificate of Service**

I hereby certify that on <u>May 27, 2026</u> a true and correct copy of the above and foregoing was sent via this Court's CM/ECF policies, procedures, and standing orders to:

Brett C. Bartlett
Alex W. Simon
Hillary Massey
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E. Suite 2500
Atlanta, GA 30309
Telephone: 404-888-1875
Facsimile: 404-724-1575
bbartlett@seyfarth.com
asimon@seyfarth.com
HMassey@seyfarth.com

Michael L. Blumenthal
Linda A. Adeniji
Natalie Anne Costero
SEYFERTH BLUMENTHAL & HARRIS LLC
4801 Main Street, Suite 310
Kansas City, MO 64112
Telephone: (816) 756-0700
Facsimile: (816) 756-3700
mike@sbhlaw.com
linda@sbhlaw.com
ncostero@seyfarth.com

**Attorneys for Defendant**

*/s/ Brendan J. Donelon*
Brendan J. Donelon

Attorney for Plaintiff

4