**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

ROGELIO GARCIA VALDEZ and
MARBELLA GOMEZ on behalf of
themselves and others similarly situated,

        Plaintiffs,

        v.

SIGNATURE LANDSCAPE, LLC (Kansas
Limited Liability Corporation),

        Defendant.

Case No. 2:22-cv-02276-TC-ADM

**JOINT MOTION TO POSTPONE JUNE 2, 2026 DEADLINE**

The Parties, by and through their attorneys, jointly ask the Court to postpone the June 2, 2026 deadline, set by ECF No. 252, to propose a case schedule until after the Court rules on the supplemental briefing ordered today in ECF No. 256.

1. On April 28, 2026, the Court granted Plaintiffs' motion for Rule 23 class certification, denied Defendant's motion for FLSA decertification and denied the parties' cross motions for summary judgment. (ECF No. 248.)

2. The Court later ordered the parties to file a proposed discovery and pretrial schedule no later than June 2, 2026, and the Court set a conference to discuss the proposed schedule for June 23, 2026. (ECF Nos. 252, 254.)

3. On May 27, 2026, Plaintiffs filed a motion seeking an extension of time to seek reconsideration of the class period.  (ECF No. 255.)

4. On June 2, 2026, the Court ordered the Parties to file supplemental briefs addressing the issue raised by Plaintiffs' motion and postponed the June 23, 2026 conference. (ECF No. 256).

5.      The proposed schedule currently required to be filed today will include dates for the provision of a class list, the notice period and class discovery, all of which will be impacted by the scope of the class.

6.      Thus the Parties believe it will be more efficient for the Court to consider the Parties' proposed schedule after ruling on the supplemental briefing.

7.      Pursuant to Rule 6.1 of the Local Rules of Practice of the United States District Court for the District of Kansas, the parties jointly filed this motion as soon as practicable after receiving the Court's Order at ECF No. 256.

WHEREFORE the Parties respectfully request that the Court postpone the June 2, 2026 deadline set by ECF No. 252 until a date after the Court rules on the issue raised in today's Order, and for any such other and further relief that the Court deems just and proper.

Respectfully submitted on June 2, 2026.

<table>
<tr><td>

s/Brendan Donelon<br>
ATTORNEYS FOR PLAINTIFFS<br>
Brendan J. Donelon, KS 17420<br>
DONELON, P.C.<br>
4600 Madison, Ste. 810<br>
Kansas City, Missouri 64112<br>
brendan@donelonpc.com<br>
<br>
Ashley Atwell-Soler, KS 24047<br>
HOLMAN SCHIAVONE, LLC<br>
4600 Madison Ave., Suite 810<br>
Kansas City, MO 64112<br>
AAtwell@hslawllc.com

</td><td>

/s/ Daniel O. Ramón<br>
ATTORNEYS FOR DEFENDANT<br>
Michael L. Blumenthal, KS Bar #18582<br>
mike@sbhlaw.com<br>
Daniel O. Ramón, KS Bar #78699<br>
danny@sbhlaw.com<br>
SEYFERTH BLUMENTHAL & HARRIS LLP<br>
4801 Main Street, Suite 310<br>
Kansas City, MO 64112<br>
Telephone: (816) 756-0700<br>
Facsimile: (816) 756-3700<br>
<br>
Brett C. Bartlett*<br>
Alex W. Simon*<br>
Natalie Anne Costero*<br>
bbartlett@seyfarth.com<br>
asimon@seyfarth.com<br>
ncostero@seyfarth.com<br>
SEYFARTH SHAW LLP<br>
1075 Peachtree Street, N.E.<br>
Suite 2500

</td></tr>
</table>

Atlanta, GA 30309
Telephone:  404-888-1875
Facsimile:   404-724-1575

Dana C. Lumsden*
SEYFARTH SHAW, LLP
300 S Tryon St #400
Charlotte, NC 28202
Telephone: (704) 925-6060
Email: dlumsden@seyfarth.com

Hillary J. Massey*
hmassey@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210-2028
Telephone:  (617) 946-4800
*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I do hereby certify that on June 2, 2026, I electronically filed the foregoing document using

the Court's CM/ECF method, which will send notification of same to all counsel of record.

/s/ Daniel O. Ramón
Counsel for Defendant

3